| IN RE:  MEDICAL REVIEW PANEL PROCEEDINGS OF TRAVIS PORCHE (D); PCF FILE NO. 2021-00615 | * | NO. 2024-C-0791 |
|---|---|---|
| | * | COURT OF APPEAL |
| | * | FOURTH CIRCUIT |
| | * | STATE OF LOUISIANA |
| | * | |
| | * | |
| | * * * * * * * | |

KKH

**HERMAN, J., CONCURS IN RESULT**